**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**WILLLIAM CHESTER MASSEY, IV,**

**Petitioner,**

**v.** **Case No. 2:25cv630**

**CHADWICK DOTSON,**

**Respondent.**

**FINAL ORDER**

Before the Court is a Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, ECF No. 1. In his Petition, the pro se Petitioner alleges violations of his federal rights in connection with his convictions in Newport News Circuit Court. Id.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation ("R&R") entered on June 22, 2026, ECF No. 21, the Magistrate Judge recommended that the relief sought by the Respondent's Motion to Dismiss be granted, and the Petition be denied and dismissed with prejudice. On July 20, 2026, the Petitioner filed untimely

objections to the Report and Recommendation. The Respondent did not respond to the Petitioner's objections and the time to do so has expired.[1]

Having reviewed the record and examined Petitioner's objections to the R&R, and having made de novo findings with the portions objected to, the Court agrees with the R&R on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the R&R, ECF No. 21. Thus, Respondent's Motion to Dismiss, ECF No. 15, is **GRANTED**, and the Petition, ECF No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that judgment be entered in favor of the Respondent.

Finding that the basis for dismissal of Petitioner's § 2254 petition is not debatable, and alternatively finding that Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); see Rules Gov. § 2254 Cases in U.S. Dist.

[1] Petitioner's objections were due on July 6, 2026, fourteen days after the R&R was issued. See ECF No. 21 at 13-14. However, given the intervening holiday and the delay in regular postal mail, the court does consider the objections. Moreover, Respondent had adequate extra time to respond and did not do so. But cf. Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005)(Faced with an untimely objection, "a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72(b) advisory committee's note)).

Cts. 11(a); Miller-El v. Cockrell, 537 U.S. 322, 335-38 (2003); Slack v. McDaniel, 529 U.S. 473, 483-85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. Rule App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so **within thirty (30) days** from the date of this Order. Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondent.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge
-RBS-

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

Date: August 20, 2026